# UNITED STATES PROBATION
## DISTRICT OF ARIZONA

## NOTICE OF RELATED CASES

**Defendant:** Ambrocio Ruiz-Angulo     **Docket No.:** CR-22-01482-001-PHX-JAT
*Revocation Proceedings*

Local Rule Criminal 5.1(a), refers to the matter of a defendant charged with a new crime and currently on supervised release, stating the new case shall be assigned to the Judge presiding over the revocation proceedings.

Local Rule Criminal 5.1(a)(1)(B), refers to the matter where the new case and the probation or supervised release case are in different divisions, the new case shall remain in its division, and the petition to revoke probation or supervised release will be reassigned to that division's judge, unless the judge to whom the probation or supervise release case is assigned wants to keep the petition.

The Probation Office for the District of Arizona hereby notifies the Clerk's Office that:

A petition to revoke the above named defendant's supervision has been filed in the Phoenix division. The Clerk of the Court is requested to transfer the revocation matter to the Tucson division where new charges have been filed. The case number for the new case is MJ-24-03118-001-TUC-N/A-MAA.

*Cecilia C. Villanueva*                      April 18, 2024
U. S. Probation Officer Assistant            Date

COURT/ CLERK'S OFFICE/ FILE