GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
State Bar No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

FILED

2024 MAY -8 PM 3:59

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-02530 TUC-JAS(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO: 18 U.S.C. § 924(k)(2)<br>(Conspiracy to Smuggle Ammunition Out of the United States)<br>Count 1 |
| 1. Ambrocio Ruiz-Angulo,<br>(Counts 1-10) | |
| 2. Jerry Cortes-Heredia,<br>(Counts 1, 3-7) | 18 U.S.C. § 554(a)<br>(Smuggling Goods from the United States)<br>Count 2 |
| Defendants. | 21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Fentanyl, Methamphetamine, Heroin, and Cocaine)<br>Count 3 |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi)<br>(Possession with Intent to Distribute Fentanyl)<br>Count 4 |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)<br>(Possession with Intent to Distribute Methamphetamine)<br>Count 5 |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(i)<br>(Possession with Intent to Distribute Heroin)<br>Count 6 |

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)
(Possession with Intent to Distribute Cocaine)
Count 7

18 U.S.C. § 2(a)
(Aiding and Abetting the Commission of an Offense)
Counts 2-7

18 U.S.C. § 924(c)(1)(A)(i)
(Use/Carrying of a Firearm during a Drug Crime)
Count 8

18 USC §§ 922(g)(5)(A) and 924(a)(8)
(Possession of a Firearm by an Illegal Alien)
Count 9

8 U.S.C. § 1326(a)(enhanced by 8 U.S.C. § 1326(b)(2))
(Reentry of Removed Alien)
Count 10

18 U.S.C. § 924(d);
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about January 20, 2024, until on or about April 11, 2024, in the District of Arizona, Defendants AMBROCIO RUIZ-ANGULO and JERRY CORTES-HEREDIA did knowingly conspire to smuggle or take out of the United States ammunition, that is, 3,200 rounds of .50 caliber ammunition with intent to engage in or to promote conduct that constitutes a felony, to wit: Title 18, United States Code, Sections 554(a) and 2, Smuggling of Goods from the United States, aiding and abetting, in violation of Title 18, United States Code, Section 924(k)(2)(B).

## COUNT 2

On or about January 20, 2024, in the District of Arizona, Defendant AMBROCIO RUIZ-ANGULO knowingly and fraudulently exported and sent from the United States,

and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is 2,200 rounds of .50 caliber ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774, in violation of Title 18, United States Code, Section 554(a).

## COUNT 3

Beginning at a time unknown, to on or about April 11, 2024, in the District of Arizona, Defendants AMBROCIO RUIZ-ANGULO and JERRY CORTES-HEREDIA did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); and 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii), in violation of Title 21, United States Code, Section 846.

## COUNT 4

On or about April 11, 2024, in the District of Arizona, Defendants AMBROCIO RUIZ-ANGULO and JERRY CORTES-HEREDIA did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

## COUNT 5

On or about April 11, 2024, in the District of Arizona, Defendants AMBROCIO RUIZ-ANGULO and JERRY CORTES-HEREDIA did knowingly and intentionally

possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT 6**

On or about April 11, 2024, in the District of Arizona, Defendants AMBROCIO RUIZ-ANGULO and JERRY CORTES-HEREDIA did knowingly and intentionally possess with intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

**COUNT 7**

On or about April 11, 2024, in the District of Arizona, Defendants AMBROCIO RUIZ-ANGULO and JERRY CORTES-HEREDIA did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT 8**

On or about April 11, 2024, in the District of Arizona, Defendant AMBROCIO RUIZ-ANGULO did knowingly carry, possess, and use a firearm, that is, one (1) Smith & Wesson M&P Shield 9mm pistol, during and in relation to, and in furtherance of a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is possession with the intent to distribute cocaine, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT 9**

On or about April 11, 2024, in the District of Arizona, Defendant AMBROCIO RUIZ-ANGULO, knowing that he was unlawfully in the United States, knowingly possessed a firearm, in and affecting interstate or foreign commerce, to wit: one (1) Smith

& Wesson M&P Shield 9mm pistol, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

## COUNT 10

On or about April 11, 2024, in the District of Arizona, to wit: at or near El Mirage, AMBROCIO RUIZ-ANGULO, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Nogales, Arizona, on or about February 1, 2023, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto, in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts 1, 2, 8 and 9 of the Indictment, defendants, AMBROCIO RUIZ-ANGULO and JERRY CORTES-HEREDIA, shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), including, but not limited to: 1000 rounds of .50 caliber ammunition; and one (1) Smith & Wesson M&P Shield 9mm pistol, Serial Number: HYU9573.

Upon conviction of one or more of the controlled substance offenses alleged in Count 3 through 7 of this Indictment defendants, AMBROCIO RUIZ-ANGULO and JERRY CORTES-HEREDIA, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal, constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the said violations, and (2) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations, including, but not limited to: one (1) Smith & Wesson M&P Shield 9mm pistol, Serial Number: HYU9573; $317 U.S. currency; $396 U.S. currency; and $6,000 U.S. currency.

If any of the forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2.(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: May 8, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

SARAH B. HOUSTON
Assistant U.S. Attorney