TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RUI WANG
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rui.wang@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 24-02530-TUC-JAS (MAA) |
| Plaintiff, | GOVERNMENT'S NOTICE OF ADMINISTRATIVE FORFEITURE |
| v. | |
| Ambrocio Ruiz-Angulo, | |
| Jerry Cortes-Heredia, | |
| Defendants. | |

The United States of America hereby gives notice that on July 9, 2024, the U.S. Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), administratively forfeited 1000 rounds of .50 caliber ammunition. On July 25, 2024, CBP administratively forfeited $396 in U.S. currency. On August 8, 2024, CBP administratively forfeited $317 in U.S. currency and $6,000 in U.S. currency. The 1000 rounds of .50 caliber ammunition, $396 in U.S. currency, $317 in U.S. currency, and $6,000 in U.S. currency were included in the forfeiture allegation of the defendants' Indictment.

/ / /

/ / /

/ / /

Therefore, the government will not pursue the criminal forfeiture against the assets listed in this notice.

DATED this 30th day of September, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Rui Wang*

RUI WANG
Assistant United States Attorney

Copy of the foregoing served electronically or by other means this 30th day of September, 2025, to:

All ECF Participants